**HOLLAND FOOD CORPORATION, Appellant, v. H–O CEREAL COMPANY, Inc., Appellee.**

(Court of Appeals of District of Columbia. Submitted January 13, 1926. Decided March 1, 1926.)

No. 1805.

Appeal from the Commissioner of Patents.

J. W. Crandall, of New York City, for appellant.

E. H. Parry, of Washington, D. C. (Edmund H. Parry, of Washington, D. C., and H. Barton Parry, of Buffalo, N. Y., of counsel), for appellee.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and BLAND, Judge of the United States Court of Customs Appeals.

MARTIN, Chief Justice. This is an appeal from a decision of the Commissioner of Patents, affirming a decision of the Examiner of Interferences, sustaining the opposition of the appellee to the application of the appellant for registration of the mark "Hofood" for various specified food products.

This appeal was heard and considered together with that of the same parties in patent appeal No. 1804, 11 F.(2d) 575, —— App. D. C. ——, this day decided by this court. Consistently with the decision in that case, we affirm the decision of the Commissioner of Patents in this case.